IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| FATHER JESUS | § | PLAINTIFF |
| | § | |
| v. | § Civil No. 1:22cv103-HSO-RHWR | |
| | § | |
| WLOX BROADCASTING COMPANY | § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of May, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE